

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Central__ District of __California__
                              (State)

Case number (if known): _____    Chapter __11__

FILED

JUN 17 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | Beneficial Financial Services, LLC |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | None |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 1 – 2 9 5 3 9 1 4 |

**4. Debtor's address**

**Principal place of business**

5716 Corsa Avenue, Suite 110
Number    Street

Westlake Village,    CA    91362
City    State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Beneficial Financial Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                        MM / DD / YYYY

         Case number, if known _____

| Debtor | Beneficial Financial Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |
|---|---|
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ ~~$10,000,001-$50 million~~ | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Beneficial Financial Services, LLC | | Case number (if known) | |
| | Name | | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ ~~$1,000,001-$10 million~~ | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

◻ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

◻ I have been authorized to file this petition on behalf of the debtor.

◻ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/16/2016___
        MM / DD / YYYY

✗ _Steven Rogers_ (signature)         Steven Rogers
Signature of authorized representative of debtor         Printed name

Title  authorized agent

**18. Signature of attorney**

✗ TBD before 341-Meeting        Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                              $_____

   b. Total debts (including debts listed in 2.c., below)          $ _____

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____

   d. Number of shares of preferred stock     _____
   e. Number of shares common stock            _____

   Comments, if any: _____
   _____
   _____

3. Brief description of debtor's business: _____
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   _____
   _____
   _____

CSD 2030 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Beneficial Financial Services, LLC
5716 Corsa Avenue, Suite 110
Westlake Village, California 91362

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Beneficial Financial Services, LLC

BANKRUPTCY NO.

Debtor.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

2.  The source of the compensation paid to me was:

    ☐ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

    Beneficial Financial Services, LLC

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

CSD 2030

[Continued on Page 2]

CSD 2030 (Page 2) [12/01/15]

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 06/16/2016

                                        TBD prior to the 341-Meeting
                                        (Typed Name and Signature)

                                        TBD prior to the 341-Meeting
                                        (Name of Law Firm)

Fill in this information to identify the case and this filing:

Debtor Name **Beneficial Financial Services, LLC**

United States Bankruptcy Court for the: **Central** District of **CA**
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/16/2016__       ✗ _Steven Rogers_ (signature)
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Steven Rogers
Printed name

Authorized agent
Position or relationship to debtor

```
┌─────────────────────────────────────────────────┐
│ Fill in this information to identify the case:    │
│                                                   │
│ Debtor name  Beneficial Financial Services, LLC   │
│                                                   │
│ United States Bankruptcy Court for the: Central   │
│                            District of  CA        │
│                                      (State)      │
│ Case number (if known): _____  │
└─────────────────────────────────────────────────┘
```

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ray Gutirerrez 428 Georgetown Avenue Ventura, CA 93003 | authorizedtrust@gmail.com | Conrract for debt via Note & assignment | C | | | 900,000.00 |
| 2 | Marc & Michelle Griffith 6020 Heatherton Drive Somis, CA 93066 | notedresults@gmail.com | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 3 | Sunil WAdhwa 747 Sturbridge Drive Folsom, CA 95630 | Sunil Wadhwa | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 4 | Raj Wadhwa 1102 Penniman Dr. El Dorado Hills, CA 95762 | Raj Wadhwa | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 5 | Jane Bin Yu 1462 Michigan Avenue San Jose, CA 95002 | Jan Yu | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 6 | Angela Leung 3217 Acalanes Avenue Lafayette, CA 94549 | Angela Leung | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 7 | Greg Somerville 3416 Saint Andrews Drive Stockton, CA 95219 | Greg Sommerville | Contract for debt vi Note & assignment | C | | | 575,000.00 |
| 8 | Stella Tan 4525 Lincoln Way San Francisco, CA 94122 | Stella Tan | Contract for debt via Note & assignment | C | | | 570,00.00 |

Debtor  <u>Beneficial Financial Services, LLC</u>                          Case number *(if known)*_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Ellen Davenport 5555 Thayer Lane San Ramon, CA 94582 | Ellen Davenport | Contract for debt via Note & assignment | C | | | 570,000.00 |
| 10  Harold Fuhrmann 1953 Village Court Ione, CA 95640 | Harold Fuhrmann | Contract for debt via Note & assignment | C | | | 500,00.00 |
| 11  Lorraine Moller 2525 Arapahoe, Suite 500 Boulder, Colorado 80302 | Lorraine Moller | Contract for debt via Note & assignment | C | | | 500,000.00 |
| 12  Robert Burns 690 Heather Court Pacifica, CA 94044 | Bob Burns | Contract for debt via Note & assignment | C | | | 400,000.00 |
| 13  John Lazell 9651 Maccool Lane Santee, CA 92071 | John Lazell | Contract for debt via Note & assignment | C | | | 175,00.00 |
| 14  Floro Anunciacion 9849 Peters Ranch Way Elk Grove, CA | Floro Anunciacion | Contract for debt via Note & assignment | C | | | 175,000.00 |
| 15  Richard Guriel 733 Beyer Way San Diego, CA 92154 | Rick Guriel | Contract for debt via Note & assignment | C | | | 170,000.00 |
| 16  Maritza Luz Vega 306 West Oak Street Ojai, CA 93023 | Maritza Vega | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 17  Leslie Edwards 17287 W. Summerfield Road Post Falls, ID 83854 | Leslie Edwards | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 18  Gerald Bardel 5734 Marvon Road East Jordan, MI 49727 | Gerald Bardel | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 19  Steven Vaughn 543 East Midlake Drive Draper, UT 84020 | Steven Vaughn | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 20  John Tombarelli 4129 South Conklin Road Greenacres, WA 99016 | John Tombarelli | Contract for debt via Note & assignment | C | | | 150,00.00 |

Fill in this information to identify the case:

Debtor name  Beneficial Financial Services, LLC

United States Bankruptcy Court for the:  Central _____ District of  CA _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ....................................................................  $ ___3,300,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...................................................................  $ _____0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .....................................................................  $ ___3,300,000.00

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..........  $ _13,395,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................  $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........  + $ _____0.00

4. **Total liabilities** ...................................................................................................................  $ _13,395,000.00
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Beneficial Financial Services, LLC

United States Bankruptcy Court for the:    Central    District of    CA
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $_____ 0.00

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ |

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number *(if known)*_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**    | $_____0.00 |

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's
                                                                    interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____  –  _____  = ......➔    $_____
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       _____  –  _____  = ......➔    $_____
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**    | $_____0.00 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                       **Valuation method           Current value of debtor's
                                                       used for current value**     interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                           % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**    | $_____0.00 |

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number (if known)_____
                Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **23. Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | ✓ | | | $_____0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

| Debtor | Beneficial Financial Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

33. **Total of Part 6.** $\qquad$ $ _____ 0.00

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

   　　☐ No

   　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.** $\qquad$ $ _____ 0.00

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number (if known)_____
           Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $                           0.00 |
|----------------------------------|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Beneficial Financial Services, LLC _____    Case number (if known)_____
　　　　　Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 747 Sturbridge Dr., Folsom, CA | Deed of Trust | $ 600,000.00 | comparable | $ 600,000.00 |
| 55.2 1102 Penniman Dr., El Dorado, C | Deed of Trust | $ 575,000.00 | comparable | $ 575,000.00 |
| 55.3 1462 Michigan Ave., San Jose, C | Deed of trust | $ 575,000.00 | comparable | $ 575,000.00 |
| 55.4 4916 St. Andrews, Stockton, CA | Deed of Trust | $ 550,000.00 | comparable | $ 550,000.00 |
| 55.5 716 Spruce Street, Boulder, CO | Deed of Trust | $ 500,000.00 | comparable | $ 500,000.00 |
| 55.6 4525 Lincoln Way, San Francisco | Deed of Trust | $ 500,000.00 | comparable | $ 500,000.00 |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 3,300,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | | $_____ |
| 61. **Internet domain names and websites** | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Debtor   Beneficial Financial Services, LLC _____   Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ – _____ = ➜   $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         $_____

   Nature of claim   _____
   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         $_____

   Nature of claim   _____
   Amount requested   $_____

76. **Trusts, equitable or future interests in property**

   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                $_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor___Beneficial Financial Services, LLC_____    Case number (if known)_____
        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $_____0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____0.00 | |
| 88. Real property. *Copy line 56, Part 9* ........................................➔ | | $ 3,300,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $_____0.00 | + 91b. $ 3,300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $   3,300,000.00

| Fill in this information to identify the case: |
|---|
| Debtor name  __Beneficial Financial Services, LLC__ |
| United States Bankruptcy Court for the: __Central__    District of __CA__ |
| (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
__BSI Financial__

Describe debtor's property that is subject to a lien
__6020 Heatherton Drive__
__Somis, CA 93066__

$ __910,000.00__    $ __910,000.00__

Creditor's mailing address
__314 South Franklin Street__
__Titusville, PA 16354__

Describe the lien
__Deed of Trust__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred __2005__

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number  __1  0  0  8__

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.2** Creditor's name
__OCWEN Loan Servicing__

Describe debtor's property that is subject to a lien
__303 Gorrion Avenue__
__Ventura, CA 93003__

$ __925,000.00__    $ __925,000.00__

Creditor's mailing address
__3451 Hammond Avenue__
__Waterloo, IA 50704__

Describe the lien
__Deed of Trust__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred __2006__

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number  __5  0  2  7__

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ __13,395,000.00__

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number (if known)_____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A** Amount of claim — Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**    Creditor's name

<u>Nationstar Mortgage, LLC</u>

**Creditor's mailing address**

350 Highland Drive
<u>Lewisville, Texas 75067</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**   <u>2006</u>
**Last 4 digits of account number**    <u>7   6   0   0</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>428 Georgetown Avenue</u>
<u>Ventura, CA 93003</u>    $ <u>900,000.00</u>   $ <u>900,000.00</u>
_____

**Describe the lien**
<u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__**    Creditor's name

<u>Quality Loan Service Corporation</u>

**Creditor's mailing address**

411 Ivy Street
<u>San Diego, CA 92101</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**   <u>2007</u>
**Last 4 digits of account number**    <u>0   0   0   0</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>306 West Oak Street</u>
<u>Ojai, California 93023</u>    $ <u>350,000.00</u>   $ <u>350,000.00</u>
_____

**Describe the lien**
<u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor   Beneficial Financial Services, LLC
_____   Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.__** **Creditor's name**

Wells Fargo Home Mortgage

**Creditor's mailing address**

P.O. Box 10335
Des Moines, Iowa 50306

**Creditor's email address, if known**

_____

**Date debt was incurred**    2006
**Last 4 digits of account**
**number**        2  3  6  7

**Do multiple creditors have an interest in the**
**same property?**
☑ No
☐ Yes. Have you already specified the relative
       priority?

      ☐ No. Specify each creditor, including this
            creditor, and its relative priority.
            _____
            _____
            _____

      ☐ Yes. The relative priority of creditors is
             specified on lines _____

**Describe debtor's property that is subject to a lien**

4129 South Conklin Road
Greenacres, Washington 99016          $   225,000.00   $   225,000.00

_____

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__** **Creditor's name**

Federal National Mortgage Assoc.

**Creditor's mailing address**

14221 Dallas Parkway, Suite 1000
Dallas, Texas 75254

**Creditor's email address, if known**

_____

**Date debt was incurred**    2005
**Last 4 digits of account**
**number**        9  1  0  9

**Do multiple creditors have an interest in the**
**same property?**
☑ No
☐ Yes. Have you already specified the relative
       priority?

      ☐ No. Specify each creditor, including this
            creditor, and its relative priority.
            _____
            _____
            _____

      ☐ Yes. The relative priority of creditors is
             specified on lines _____

**Describe debtor's property that is subject to a lien**

1908B Dry Creek Road
Chewela, Washington 99109            $   225,000.00   $   225,000.00

_____

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor  __Beneficial Financial Services, LLC__      Case number (if known)_____
     Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**

__Wells Fargo Home Mortgage__

**Describe debtor's property that is subject to a lien**

__5734 Marvon Road__
__East Jordan, Michigan 49727__      $ __175,000.00__  $ __175,000.00__

**Creditor's mailing address**

P.O. Box 10335
Des Moines, Iowa 50306

**Describe the lien**
__Deed of Trust__

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   __2009__
**Last 4 digits of account number**   __7__ __8__ __9__ __1__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._**

**Creditor's name**

__Bank of America, N.A.__

**Describe debtor's property that is subject to a lien**

__543 East Midlake Drive__
__Draper, Utah 84020__      $ __150,000.00__  $ __150,000.00__

**Creditor's mailing address**

1800 Tapo Canyon Road
Simi Valley, California 93063

**Describe the lien**
__Deed of Trust__

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   __2007__
**Last 4 digits of account number**   __9__ __4__ __1__ __9__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor   Beneficial Financial Services, LLC                     Case number *(if known)*_____
          Name

| Part 1: | Additional Page | | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

2._ Creditor's name

Chase

Creditor's mailing address

P.O. Box 183222
Columbus, Ohio 43218

Creditor's email address, if known

_____

Date debt was incurred   2003
Last 4 digits of account
number       3  4  9  6

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
         priority?
    ☐ No. Specify each creditor, including this
           creditor, and its relative priority.
         _____
         _____
         _____
    ☐ Yes. The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is subject to a lien

716 Spruce Street
Boulder, Colorado 80302      $  1,200,000.00   $  1,200,000.00

_____

Describe the lien
  Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

2._ Creditor's name

Nationstar Mortgage, LLC

Creditor's mailing address

350 Highland Drive
Lewisville, Texas 75067

Creditor's email address, if known

_____

Date debt was incurred   2005
Last 4 digits of account
number       2  0  2  9

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
         priority?
    ☐ No. Specify each creditor, including this
           creditor, and its relative priority.
         _____
         _____
         _____
    ☐ Yes. The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is subject to a lien

17287 West Summerfield Road
Post Falls, Idaho 83854      $   350,000.00   $   350,000.00

_____

Describe the lien
  Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 12

Debtor  <u>Beneficial Financial Services, LLC</u>  Case number (if known)_____
      Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

    <u>Federal Home Loan Mortgage Cor</u>

**Creditor's mailing address**

<u>8200 Jones Branch Drive</u>
<u>McLean, Virginia 22102</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**  <u>2007</u>
**Last 4 digits of account number**  <u>7  6  6  6</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>9651 Maccool Lane</u>
<u>Santee, California 92071</u>  $ 325,000.00   $ 325,000.00
_____
_____

**Describe the lien**
<u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._** Creditor's name

    <u>Bank of America, N.A.</u>

**Creditor's mailing address**

<u>P.O. Box 15726</u>
<u>Wilmington, Delaware 19886</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**  <u>2005</u>
**Last 4 digits of account number**  <u>3  9  2  6</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>9849 Peters Ranch Way</u>
<u>Elk Grove, California</u>  $ 655,000.00   $ 655,000.00
_____

**Describe the lien**
<u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor  __Beneficial Financial Services, LLC_____   Case number (if known)_____
      Name

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  Creditor's name

  Wells Fargo

Creditor's mailing address

  P.O. Box 10335
  Des Moines, Iowa 50306

Creditor's email address, if known

Date debt was incurred    2010
Last 4 digits of account number   2  0  1  5

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

  4916 Saint Andrews Drive
  Stockton, California 95219

Describe the lien
  Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$  985,000.00   $  985,000.00

---

**2.__**  Creditor's name

  Caliber Home Loans

Creditor's mailing address

  P.O. Box 509063
  Dallas, Texas 75261

Creditor's email address, if known

Date debt was incurred    2009
Last 4 digits of account number   2  6  3  1

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

  5555 Thayer Lane
  San Ramon, California 94582

Describe the lien
  Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$  755,000.00   $  755,000.00

---

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number *(if known)* _____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  **Creditor's name**

<u>Flagstar Bank</u>

**Creditor's mailing address**

<u>5151 Corporate Drive</u>
<u>Troy, Michigan 48098</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**    <u>2004</u>
**Last 4 digits of account number**    <u>7  3  1  2</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>3217 Acalanes Avenue</u>
<u>Lafayette, California 94549</u>    $ <u>900,000.00</u>    $ <u>900,000.00</u>
_____
_____

**Describe the lien**
<u>Deed of trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__**  **Creditor's name**

<u>Clear Recon Corporation</u>

**Creditor's mailing address**

<u>4375 Jutland Drive, #200</u>
<u>San Diego, California 92117</u>

**Creditor's email address, if known**

_____

**Date debt was incurred**    <u>2005</u>
**Last 4 digits of account number**    <u>9  8  0  0</u>

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>4525-4527 Lincoln Avenue</u>
<u>San Francisco, California 94122</u>    $ <u>950,000.00</u>    $ <u>950,000.00</u>
_____
_____

**Describe the lien**
<u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor   __Beneficial Financial Services, LLC_____   Case number (if known)_____
      Name

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  Creditor's name

  __Long Beach Mortgage Company__

**Creditor's mailing address**

  __1400 S. Douglas Road, Suite 100__
  __Anaheim, California 92806__

**Creditor's email address, if known**

  _____

**Date debt was incurred**  __2006__
**Last 4 digits of account number**  __7  9  1  3__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

  __1772 West Longview Avenue__
  __Stockton, California 95207__   $ __450,000.00__  $ __450,000.00__
  _____
  _____

**Describe the lien**
  __Deed of Trust__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._**  Creditor's name

  __Bank of America, N.A.__

**Creditor's mailing address**

  __P.O. Box 15726__
  __Wilmington, Delaware 19886__

**Creditor's email address, if known**

  _____

**Date debt was incurred**  __2006__
**Last 4 digits of account number**  __0  0  0  0__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

  __1953 Village Court__
  __Ione, California 95640__   $ __550,000.00__  $ __550,000.00__
  _____

**Describe the lien**
  __Deed of Trust__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    __Beneficial Financial Services_____    Case number (if known)_____
            Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bank of America, N.A. | 1462 Michigan Avenue<br>San Jose, California 95002 | $ 975,000.00 | $ 975,000.00 |

Creditor's mailing address

7105 Corporate Drive
Plano, Texas 75024

**Describe the lien**
Deed of Trust

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    2007
Last 4 digits of account
number    5 2 0 1

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2._**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| JP Morgan Chase, N.A. | 1622 Janelle Lane<br>Santa Monica, CA 93458 | $ 350,000.00 | $ 350,000.00 |

Creditor's mailing address

7720 North 16th Street, #300
Phoenix, Arizona 85020

**Describe the lien**
Deed of Trust

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    2006
Last 4 digits of account
number    7 2 4 3

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number (*if known*)_____
       Name

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2._**   **Creditor's name**

    <u>BSI Financial Services</u>

**Creditor's mailing address**

    <u>314 South Franklin Street</u>
    <u>Titusville, PA 16354</u>

**Creditor's email address, if known**

    _____

**Date debt was incurred**   <u>2010</u>
**Last 4 digits of account**
**number**    <u>2  0  6  0</u>

**Do multiple creditors have an interest in the**
**same property?**
☑ No
☐ Yes. Have you already specified the relative
      priority?

    ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>747 Sturbridge Drive</u>
<u>Folsom, CA 95630</u>    $ <u>910,000.00</u>   $ <u>910,000.00</u>

_____

_____

**Describe the lien**
  <u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._**   **Creditor's name**

    <u>Clear Recon Corporation</u>

**Creditor's mailing address**

    <u>4375 Jutland Drive, Suite 200</u>
    <u>San Diego, CA 92117</u>

**Creditor's email address, if known**

    _____

**Date debt was incurred**   <u>2005</u>
**Last 4 digits of account**
**number**    <u>4  0  0  8</u>

**Do multiple creditors have an interest in the**
**same property?**
☑ No
☐ Yes. Have you already specified the relative
      priority?

    ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>1102 Penniman Drive</u>
<u>El Dorado Hills, CA 95762</u>    $ <u>950,000.00</u>   $ <u>950,000.00</u>

_____

_____

**Describe the lien**
  <u>Deed of Trust</u>

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| | | |
|---|---|---|
| Debtor | Beneficial Financial Services, LLC | Case number (if known)_____ |
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

OCWEN Loan Servicing

Creditor's mailing address

P.O. Box 24738
West Palm beach, FL 33416

Creditor's email address, if known

_____

Date debt was incurred    2007
Last 4 digits of account number    3 5 3 8

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

690 Heather Court
Pacifica, California 94044

$ 685,000.00    $ 685,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._** Creditor's name

Nationstar Mortgage, LLC

Creditor's mailing address

8950 Cypress Waters Blvd.
Coppell, Texas 75019

Creditor's email address, if known

_____

Date debt was incurred    2010
Last 4 digits of account number    0 0 0 0

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

733 Beyer Way
San Diego, CA 92154

$ 285,000.00    $ 285,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Beneficial Financial Services, LLC |
| United States Bankruptcy Court for the: | Central District of CA (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

| | |
|---|---|
| **2.2** | **Priority creditor's name and mailing address** |

_____
_____
_____

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)**

---

| | |
|---|---|
| **2.3** | **Priority creditor's name and mailing address** |

_____
_____
_____

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor _____Beneficial Financial Services, LLC_____     Case number (if known)_____
              Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2._** Priority creditor's name and mailing address                                           $_____    $_____

_____

_____     **As of the petition filing date, the claim is:**
                                             *Check all that apply.*
_____     ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

Date or dates debt was incurred              Basis for the claim:

_____             _____

Last 4 digits of account                     **Is the claim subject to offset?**
number       ___ ___ ___ ___                 ☐ No
                                             ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                                           $_____    $_____

_____

_____     **As of the petition filing date, the claim is:**
                                             *Check all that apply.*
_____     ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

Date or dates debt was incurred              Basis for the claim:

_____             _____

Last 4 digits of account                     **Is the claim subject to offset?**
number       ___ ___ ___ ___                 ☐ No
                                             ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                                           $_____    $_____

_____

_____     **As of the petition filing date, the claim is:**
                                             *Check all that apply.*
_____     ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

Date or dates debt was incurred              Basis for the claim:

_____             _____

Last 4 digits of account                     **Is the claim subject to offset?**
number       ___ ___ ___ ___                 ☐ No
                                             ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                                           $_____    $_____

_____

_____     **As of the petition filing date, the claim is:**
                                             *Check all that apply.*
_____     ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

Date or dates debt was incurred              Basis for the claim:

_____             _____

Last 4 digits of account                     **Is the claim subject to offset?**
number       ___ ___ ___ ___                 ☐ No
                                             ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor    <u>Beneficial Financial Services, LLC</u>                  Case number *(if known)*_____
          Name

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                            **Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6**   Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor   ___Beneficial Financial Services, LLC___    Case number *(if known)*_____
         Name

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

Debtor    <u>Beneficial Financial Services, LLC</u>                    Case number *(if known)* _____
          <sub>Name</sub>

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |
| 4.12. _____<br>_____ | Line ____<br>❏ Not listed. Explain _____ | __ __ __ __ |

Debtor _____     Case number (if known) _____
       Beneficial Financial Services, LLC
       Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

4.__ _____

    _____    Line _____

    _____    ☐ Not listed. Explain _____     ___ ___ ___ ___
                                                                    _____

Debtor    _Beneficial Financial Services, LLC_                    Case number _(if known)_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name     Beneficial Financial Services, LLC

United States Bankruptcy Court for the: Central    District of    CA
                                                                 (State)

Case number (If known): _____    Chapter    11

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                               whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

Debtor    Beneficial Financial Services, LLC
_____
Name

Case number (if known)_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name    Beneficial Financial Services, LLC

United States Bankruptcy Court for the:   Central     District of   CA
                                               (State)

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name**     **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ Street _____ _____ City ____ State ____ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Debtor     Beneficial Financial Services, LLC _____          Case number *(if known)* _____
_____Name_____

| ▆ | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                                      **Column 2: Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|---------------------------------|

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

2.__   _____   _____ Street   _____   ☐ D
                          _____          ☐ E/F
                          City          State        ZIP Code       ☐ G

**Fill in this information to identify the case:**

Debtor name    Beneficial Financial Services, LLC

United States Bankruptcy Court for the:    Central_____ District of __CA__
                                                                          (State)

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to    Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $_____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Beneficial Financial Services, LLC
_____    Case number (if known)_____
             Name

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. | | $_____ | ☐ Secured debt |
| Creditor's name | _____ | | ☐ Unsecured loan repayments |
| Street | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City    State    ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | $_____ | ☐ Secured debt |
| Creditor's name | _____ | | ☐ Unsecured loan repayments |
| Street | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City    State    ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | $_____ | _____ |
| Insider's name | _____ | | _____ |
| Street | _____ | | _____ |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| 4.2. | | $_____ | _____ |
| Insider's name | _____ | | _____ |
| Street | _____ | | _____ |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor    __Beneficial Financial Services, LLC_____    Case number *(if known)*_____
       <sub>Name</sub>

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City        State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City        State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City        State        ZIP Code | |

Debtor   _Beneficial Financial Services, LLC_____   Case number (if known)_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State          ZIP Code | | |
| | Date of order or assignment | City          State          ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ _____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ _____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ _____ |

Debtor  Beneficial Financial Services, LLC  _____  Case number (if known)_____
          Name

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | _____ | | |
| | _____ | | | |

Debtor    <u>Beneficial Financial Services, LLC</u>    Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

Address    _____

_____
Street

_____

_____
City                State      ZIP Code

Relationship to debtor

_____


| Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|

                                    _____    _____    $_____

13.2. _____    _____

Address

_____
Street

_____

_____
City                State      ZIP Code

Relationship to debtor

_____

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____    From _____    To _____
     Street

_____

_____
City                     State    ZIP Code

14.2. _____    From _____    To _____
     Street

_____

_____
City                     State    ZIP Code

Debtor    Beneficial Financial Services, LLC
          Name                                                  Case number (if known)_____

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    <u>Beneficial Financial Services, LLC</u>                    Case number (if known)_____
        Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | m | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

Debtor    Beneficial Financial Services, LLC
      Name

Case number (if known)_____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    **Beneficial Financial Services, LLC**                    Case number (*if known*)_____
          <small>Name</small>

---

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | | |
| _____ | _____ | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor    __Beneficial Financial Services, LLC__    Case number (if known)_____
    Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1. _____    From _____ To _____
    Name

    _____
    Street

    _____

    _____
    City                State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2. _____    From _____ To _____
    Name

    _____
    Street

    _____

    _____
    City                State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____    From _____ To _____
    Name

    _____
    Street

    _____

    _____
    City                State        ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. _____    From _____ To _____
    Name

    _____
    Street

    _____

    _____
    City                State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Name and address                If any books of account and records are
                                unavailable, explain why

26c.1. _____    _____
    Name                        _____

    _____    _____
    Street                      _____

    _____

    _____
    City                State        ZIP Code

Debtor    <u>Beneficial Financial Services, LLC</u>                    Case number (if known)_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City                    State          ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City                    State          ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City                    State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City                    State          ZIP Code |

Debtor ___Beneficial Financial Services, LLC_____        Case number (if known)_____
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name
       _____
       Street
       _____
       _____
       City                              State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Rogers | 5173 Waring Rd #117, San Diego,  CA | Managing Member | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | | _____ |
| _____ Street | | _____ | |
| _____ City          State      ZIP Code | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor    <u>Beneficial Financial Services, LLC</u>       Case number (if known)_____
     Name

---

**Name and address of recipient**

30.2 _____

   Name _____

   Street _____

   _____

   City            State     ZIP Code

**Relationship to debtor**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:**    **Signature and Declaration**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>06/16/2016</u>
           MM / DD / YYYY

✗ _____      Printed name   <u>Steven Rogers</u>
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   <u>authorized agent</u>

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Los Angeles_____, California

_____
Signature of Debtor

Date: _06/16/2016_____

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                        F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Beneficial Financial Services, LLC<br>5716 Corsa Avenue, Suite 110<br>Westlake Village, California 91362<br>415.748.8354<br>BeneficialFinancialServicesLLC@gmail.com<br><br>☒ *Attorney for:* TBD | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Beneficial Financial Services, LLC<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br><br><div align="right">Defendant(s).</div> | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)*  ___Steven Rogers_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    [X] I am the president or other officer or an authorized agent of the Debtor corporation
    [ ] I am a party to an adversary proceeding
    [ ] I am a party to a contested matter
    [ ] I am the attorney for the Debtor corporation

2.a.  [ ]  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.  [X]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  06/16/2016                          By:  _Steven Rogers_____
                                                Signature of Debtor, or attorney for Debtor

                                           Name:  Steven Rogers_____
                                                 Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2              F 1007-4.CORP.OWNERSHIP.STMT

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:  **BENEFICIAL FINANCIAL SERVICES, LLC**                    **Case No.**

**Chapter 11**

_____/ **Debtor**

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Steven Rogers is Authorized Agent of Beneficial Financial Services LLC. On the following resolution was duly adopted by the of this limited liability company.

"WHEREAS, it is in the best interests of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

"NOW, THEREFORE, BE IT RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the company; and

"BE IT FURTHER RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to employ TBD Attorney and the law firm of TBD, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Steven Rogers, Authorized Agent of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

Date _06/16/2016_          Signature _Steven Rogers_

Authorized Agent:    Steven Rogers

Federal Home Loan Mortgage Corporation
Attn. Legal Department
8200 Jones Branch Drive
McLean, VA 22102

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Mortgage Electronic Registration Systems
1818 Library Street, Suite 300
Reston, VA 20190

Bank of America, N.A.
1800 Tapo Canyon Road
Simi Valley, CA 93063

BSI Financial
314 S. Franklin Street
Titusville, PA 16354

OCWEN Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50704

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92117

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Federal National Mortgage Association
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254

Chase
P.O. Box 183222
Columbus, OH 43218

Caliber Home Loans
P.O. Box 509063
Dallas, TX 75261

Flagstar Bank
5151 Corporate Drive
Troy, Michigan 48098

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117

Long Beach Mortgage Company
1400 S. Douglas Road, Suite 100
Anaheim, CA 92806

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

JP Morgan Chase, N.A.
7720 North 16th Street, #300
Phoenix, AZ 85020

OCWEN Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

Ray Gutierrez
428 Georgetown Avenue
Ventura, CA 93003

Marc & Michelle Griffith
6020 Heatherton Drive
Somis, CA 93066

Sunil Wadhwa
747 Sturbridge Drive
Folsom, CA 95630

Raj Wadhwa
1102 Penniman Drive
El Dorado Hills, CA 95762


Jane Bin Yu
1462 Michigan Avenue
San Jose, CA 95002


Angela Leung
3217 Acalanes Avenue
Lafayette, CA 94549


Greg Somerville
3416 Saint Andrews Drive
Stockton, CA 95219


Stella Tan
4525-4527 Lincoln Way
San Francisco, CA 94122


Ellen Davenport
5555 Thayer Lane
San Ramon, CA 94582


Harold Fuhrmann
1953 Village Court
Ione, CA 95640


Lorraine Moller
2525 Arapahoe, Suite 500
Boulder, CO 80302


Robert Burns
690 Heather Court
Pacifica, CA 94044


John Lazell
9651 Maccool Lane
Santee, CA 92071


Floro Anunciacion
9849 Peters Ranch Way
Elk Grove, CA

Richard Guriel
733 Beyer Way
San Diego, CA 92154

Maritza Luz Vega
306 West Oak Street
Ojai, CA 93023

Leslie Edwards
17287 W. Summerfield Road
Post Falls, ID 83854

Gerald Bardel
5734 Marvon Road
East Jordan, MI 49727

Steven Vaughn
543 East Midlake Drive
Draper, UT 84020

John Tombarelli
4129 S. Conklin Road
Greenacres, WA 99016

Federal Home Loan Mortgage Corporation
Attn. Legal Department
8200 Jones Branch Drive
McLean, VA 22102

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Mortgage Electronic Registration Systems
1818 Library Street, Suite 300
Reston, VA 20190

Bank of America, N.A.
1800 Tapo Canyon Road
Simi Valley, CA 93063

BSI Financial
314 S. Franklin Street
Titusville, PA 16354

OCWEN Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50704

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92117

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Federal National Mortgage Association
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254

Chase
P.O. Box 183222
Columbus, OH 43218

Caliber Home Loans
P.O. Box 509063
Dallas, TX 75261

Flagstar Bank
5151 Corporate Drive
Troy, Michigan 48098

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117

Long Beach Mortgage Company
1400 S. Douglas Road, Suite 100
Anaheim, CA 92806

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

JP Morgan Chase, N.A.
7720 North 16th Street, #300
Phoenix, AZ 85020

OCWEN Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

Ray Gutierrez
428 Georgetown Avenue
Ventura, CA 93003

Marc & Michelle Griffith
6020 Heatherton Drive
Somis, CA 93066

Sunil Wadhwa
747 Sturbridge Drive
Folsom, CA 95630

Raj Wadhwa
1102 Penniman Drive
El Dorado Hills, CA 95762


Jane Bin Yu
1462 Michigan Avenue
San Jose, CA 95002


Angela Leung
3217 Acalanes Avenue
Lafayette, CA 94549


Greg Somerville
3416 Saint Andrews Drive
Stockton, CA 95219


Stella Tan
4525-4527 Lincoln Way
San Francisco, CA 94122


Ellen Davenport
5555 Thayer Lane
San Ramon, CA 94582


Harold Fuhrmann
1953 Village Court
Ione, CA 95640


Lorraine Moller
2525 Arapahoe, Suite 500
Boulder, CO 80302


Robert Burns
690 Heather Court
Pacifica, CA 94044


John Lazell
9651 Maccool Lane
Santee, CA 92071


Floro Anunciacion
9849 Peters Ranch Way
Elk Grove, CA

Richard Guriel
733 Beyer Way
San Diego, CA 92154

Maritza Luz Vega
306 West Oak Street
Ojai, CA 93023

Leslie Edwards
17287 W. Summerfield Road
Post Falls, ID 83854

Gerald Bardel
5734 Marvon Road
East Jordan, MI 49727

Steven Vaughn
543 East Midlake Drive
Draper, UT 84020

John Tombarelli
4129 S. Conklin Road
Greenacres, WA 99016