# United States Bankruptcy Court
## Central District of California

| In re: | CHAPTER NO.: 11 |
|---|---|
| Beneficial Financial Services, LLC | CASE NO.: 9:16-bk-11136-DS |

FILED JUL 01 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☒ Verification of Master Mailing List of Creditors [LBR 1007-1(d)] (LBR Form F1007-1)

☒ Other (Specify):
List of Equity Security Holders

[handwritten: "I make it up."   "Fedex - Overnight!"]

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash-flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2.5(a)(2).

   Chapter 11   Original and 2 Copies, 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

   1415 State Street, Santa Barbara, CA 93101-2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460-9641.

Dated: June 17, 2016

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 12/2015)

2 – 1 / AOG

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Beneficial Financial Services LLC<br>5716 Corsa Avenue, Suite 110<br>Westlake Village, CA 91362<br>619.212.1653<br>BeneficialFinancialServicesLLC@gmail.com<br><br>☒ Debtor(s) appearing without attorney TBD<br>☐ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BENEFICIAL FINANCIAL SERVICES, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:16-bk-11136-DS<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 06/30/2016

_[signature]_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

# List of Equity Security Holders

## Beneficial Financial Services LLC, has no Equity Security Holders to list